PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONG FAN, | CASE NO. 2:21-CV-1018 WBS |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The United States respectfully requests a 90-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is November 15, 2021. The parties further request that all other filing deadlines be similarly extended.

1

                                              Respectfully submitted,

Dated:  August 8, 2021                    PHILLIP A. TALBERT
                                                Acting United States Attorney

                                      By:  /s/ AUDREY B. HEMESATH
                                                AUDREY B. HEMESATH
                                                Assistant United States Attorney

                                                /s/ MICHAEL CHEN
                                                MICHAEL CHEN
                                                Counsel for Plaintiffs

## ORDER

**IT IS SO ORDERED:**

The new date for the defendants to file an answer or other dispositive pleading is November 15, 2021.   The Scheduling Conference is continued from September 27, 2021 to **January 31, 2022 at 1:30 p.m.**  A joint status report shall be filed no later than **January 18, 2022** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed June 9, 2021 (Docket No. 4).

Dated:  August 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE