PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONG FAN, | CASE NO. 2:21-CV-1018 WBS |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The United States respectfully requests an additional 90-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is February 15, 2022. The parties further request that all other filing deadlines be similarly extended.

1

Respectfully submitted,

Dated:  November 1, 2021		PHILLIP A. TALBERT
					Acting United States Attorney

				By:  /s/ AUDREY B. HEMESATH
					AUDREY B. HEMESATH
					Assistant United States Attorney


					/s/ MICHAEL CHEN
					MICHAEL CHEN
					Counsel for Plaintiffs


## ORDER

IT IS SO ORDERED:  The new date for the defendants to file an answer or other dispositive pleading is February 15, 2022.  The Scheduling Conference is continued to **March 14, 2022 at 1:30 p.m.**  A joint status report shall be filed no later than **2/28/2022** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed 6/9/2021 (Docket No. 4).

Dated:  November 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE