PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONG FAN, | CASE NO. 2:21-CV-01018-WBS-AC |
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The United States respectfully requests an additional 90-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is May 16, 2022. The parties further request that all other filing deadlines be similarly extended, and that the currently scheduled initial scheduling conference, set for March 14, 2022, be vacated and reset.

1

Respectfully submitted,

Dated:  February 9, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ MICHAEL CHEN
MICHAEL CHEN
Counsel for Plaintiff

ORDER

IT IS SO ORDERED: The new date for the defendants to file an answer or other dispositive pleading is May16, 2022. The Scheduling Conference is continued to **July 5, 2022 at 1:30 p.m.** A joint status report shall be filed no later than **June 21, 2022** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed 6/9/2021 (Docket No. 4).

Dated:  February 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE