1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for federal Defendants

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 RONG FAN,                          CASE NO. 2:21-CV-01018-WBS-AC

12             Plaintiff,             STIPULATION ANDORDER FOR THIRD
                                      EXTENSION OF TIME
13        v.

14 U.S. CITIZENSHIP AND IMMIGRATION
   SERVICES, ET AL.,
15
             Defendants.
16

17

18    The United States respectfully requests an additional 90-day extension of time in which to

19 respond to the Complaint, and counsel for plaintiff does not oppose.

20    This case concerns Plaintiff's EB-5 investor visa petition, which had been delayed because

21 Congressional authorization lapsed for the EB-5 regional center program. On March 15, 2022, the EB-5

22 regional center program was reauthorized, thereby allowing U.S. Citizenship and Immigration Services

23 to resume processing EB-5 petitions. On April 19, 2022, USCIS issued a request for evidence to

24 Plaintiff. Once USCIS receives Plaintiff's response, it anticipates it will be able to promptly

25 adjudication Plaintiff's petition, thereby mooting this case.

26    The parties therefore stipulate that the new date for the defendants to file an answer or other

27 dispositive pleading is August 15, 2022. The parties further request that all other filing deadlines be

28
                                      1

similarly extended, and that the currently scheduled scheduling conference, set for July 5, 2022, be vacated and reset.

Respectfully submitted,

Dated:  May 11, 2022                       PHILLIP A. TALBERT
                                           United States Attorney

                                      By:  /s/ ELLIOT C. WONG
                                           ELLIOT C. WONG
                                           Assistant United States Attorney


                                           /s/ MICHAEL CHEN
                                           MICHAEL CHEN
                                           Counsel for Plaintiff

ORDER

**IT IS SO ORDERED:**

The new date for the defendants to file an answer or other dispositive pleading is August 15, 2022.  The Scheduling Conference is reset for **October 24, 2022 at 1:30 p.m.**  A joint status report shall be filed no later than **October 11, 2022.**

Dated:  May 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE