PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for federal Defendants


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| RONG FAN,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>      Defendants. | CASE NO. 2:21-CV-01018-WBS-AC<br><br>STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME |

The United States respectfully requests an additional 30-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose.

This case concerns Plaintiff's EB-5 investor visa petition, which had been delayed because Congressional authorization lapsed for the EB-5 regional center program. On March 15, 2022, the EB-5 regional center program was reauthorized, thereby allowing U.S. Citizenship and Immigration Services to resume processing EB-5 petitions. On April 19, 2022, USCIS issued a request for evidence to Plaintiff. Plaintiff submitted a response on July 18, 2022. USCIS is presently adjudicating and expects to complete that process shortly, which will moot this case.

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is September 15, 2022. The parties further request that all other filing deadlines be

1   similarly extended.

2

3                                                         Respectfully submitted,

4   Dated:  August 15, 2022                    PHILLIP A. TALBERT
                                               United States Attorney
5

6                                      By:   /s/ ELLIOT C. WONG
                                             ELLIOT C. WONG
7                                            Assistant United States Attorney

8

9                                            /s/ MICHAEL CHEN
                                             MICHAEL CHEN
10                                           Counsel for Plaintiff

11

12

13

14                                 ORDER

15        IT IS SO ORDERED:

16        1.  The new date for the defendants to file an answer or other dispositive pleading is

17           September 15, 2022;

18        2.  The Scheduling Conference is reset for **November 21, 2022 at 1:30 p.m.**  A joint

19           status report shall be filed no later than **November 7, 2022**.

20
    Dated:  August 16, 2022
21

22                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28
                                        2