1 | PHILLIP A. TALBERT
United States Attorney
2 | ELLIOT C. WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONG FAN. | CASE NO. 2:21-CV-01018-WBS-AC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own costs of litigation.

Respectfully submitted,

Dated: September 13, 2022                    PHILLIP A. TALBERT
                                             United States Attorney

                                       By:  /s/ ELLIOT C. WONG

1

|   |   |
|---|---|
| 1 | |
| 2 | ELLIOT C. WONG |
|   | Assistant United States Attorney |

/s/ MICHAEL CHEN
MICHAEL CHEN
Counsel for Plaintiff

ORDER

It is so ordered.

Dated: September 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2